# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-0349

_____

P.R. and M.Z.,

    Petitioners,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Respondent.

_____

Petition for Writ of Mandamus—Original Proceedings.

April 21, 2026

PER CURIAM.

    DISMISSED.

LEWIS, WINOKUR, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

P.R. and M.Z., pro se, Petitioners.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for Respondent; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Mercy Almaguer, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Statewide Guardian ad Litem.